| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yulaia Georgina Coffey<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2412<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Eastern District of Michigan | |
| Case number: | 24–46400–lsg | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yulaia Georgina Coffey

10/11/24            **By the court:** /s/ Lisa S. Gretchko
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                    Case No. 24-46400-lsg
Yulaia Georgina Coffey                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2                          User: admin                             Page 1 of 2
Date Rcvd: Oct 11, 2024                   Form ID: 318                           Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Yulaia Georgina Coffey, 3375 E Michigan Ave Lot 222, Ypsilanti, MI 48198-9463 |
| 28108724 | | Consumer Credit Union, Attn: Bankruptcy 7200lley Dr, Kalamazoo, MI 49009 |
| 28108735 | | Trinity Health Imaging, 5301 E Huron River Dr, Ypsilanti, MI 48197-1051 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FWTLEWIS.COM | Oct 12 2024 01:17:00 | Wendy Turner Lewis, 444 West Willis Street, Suite #101, Detroit, MI 48201-1748 |
| 28108720 | + | EDI: AMSHER.COM | Oct 12 2024 01:17:00 | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 28108726 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 11 2024 21:20:00 | Credit Acceptance, Attn: Bankruptcy 25505 West 12 Mile Road, Southfield, MI 48034 |
| 28108721 | + | EDI: CAPITALONE.COM | Oct 12 2024 01:17:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 28108722 | | EDI: CAPITALONE.COM | Oct 12 2024 01:17:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 28108723 | + | EDI: WFNNB.COM | Oct 12 2024 01:17:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 28108725 | + | Email/Text: bankruptcy@credencerm.com | Oct 11 2024 21:22:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 28108727 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 21:29:34 | Credit One Bank, P. O. Box 60500, City of Industry, CA 91716-0500 |
| 28108728 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 11 2024 21:21:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 28108729 | | EDI: IRS.COM | Oct 12 2024 01:17:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |
| 28108731 | | Email/Text: EBN@Mohela.com | Oct 11 2024 21:21:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 28108730 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2024 21:21:00 | Midland Credit Management, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 28108732 | | EDI: SYNC | Oct 12 2024 01:17:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 28108733 | | EDI: SYNC | Oct 12 2024 01:17:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 28108734 | | EDI: AISTMBL.COM | Oct 12 2024 01:17:00 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-0000 |
| 28108736 | + | EDI: LCIUPSTART | Oct 12 2024 01:17:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason M. Milstone | on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com |
| John Robert Keyes | on behalf of Debtor Yulaia Georgina Coffey ecf@robertkeyeslaw.com RobertKeyesLawPLLCMI@jubileebk.net |
| Wendy Turner Lewis | wtl@trusteesolutions.net trusteelewis@outlook.com |

TOTAL: 3